# United States District Court
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**IN RE: DONALD V. ROBINSON and
SUZETTE Y. ROBINSON,
Debtors.**

**AMERICAN GENERAL FINANCIAL
SERVICES OF ILLINOIS, INC.,
Appellant,**

vs.

Case Number: **10-2121**

**DONALD V. ROBINSON, and SUZETTE
Y. ROBINSON,
Appellees.**

**DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the order entered by the Bankruptcy Court on April 14, 2010, is REVERSED. This case is remanded to the Bankruptcy Court for proceedings consistent with the Opinion. This case is terminated in the district court.

ENTER this 14th day of October 2010.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK


s/K. Wynn
BY: DEPUTY CLERK